Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

Attorneys for Defendant
Enhanced Recovery Company, LLC

David E. Funkhouser III (#022449)
david.funkhouser@quarles.com
Sarah R. Anchors (#025344)
sarah.anchors@quarles.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cory Hankins,<br><br>             Plaintiff,<br><br>     vs.<br><br>Enhanced Recovery Company, LLC,<br><br>             Defendant. | Case No. _____<br><br>(Formerly Desert Ridge Precinct, Maricopa County Justice Court Case No.  CC2014-161485 SC)<br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

Defendant Enhanced Recovery Company, LLC ("ERC") hereby gives notice of removal of the civil action captioned *Hankins v. Enhanced Recovery Company, LLC*, case number CC2014-161485 SC (the "Justice Court Action"), from the Justice Court, Desert Ridge Precinct, Maricopa County, State of Arizona (the "Justice Court"), to the United States District Court for the District of Arizona.

Defendant ERC files this notice pursuant to 28 U.S.C. § 1446(a) and L.R. Civ. 3.6. The United States District Court has jurisdiction over this case under 28 U.S.C. § 1331. Undersigned counsel verifies that a complete copy of the filings in the Justice Court Action, obtained from the Justice Court are attached hereto as **Exhibit "A."** A copy of

1  the verification is attached hereto as **Exhibit "B."**

2      As grounds for removal of this action, ERC states as follows:

3      1.    ERC received a copy of the Complaint by mail on September 22, 2014.

4      2.    This Notice of Removal is filed within thirty (30) days of receipt of the
5  Complaint by Nationstar.

6      3.    ERC has not pled nor answered in the Justice Court Action. ERC hereby
7  reserves all defenses under Fed. R. Civ. P. 12.

8      4.    The United States District Court has original jurisdiction over this action
9  under 28 U.S.C. § 1331 because this is a civil action arising under the laws of the United
10 States. Specifically, Plaintiff's claim against ERC allegedly arises under the Fair Credit
11 Reporting Act, 15 U.S.C. § 1681 *et seq. See* Complaint at Exh. A.

12     5.    ERC is the only defendant in this matter.

13     6.    Written notice of the filing of this Notice has been delivered Plaintiff. A
14 copy of this Notice of Removal has been sent to the Clerk of the Court of the Justice
15 Court for filing. A copy of the Notice of Removal filed in the Justice Court Action
16 (without the filed exhibit) is attached hereto as **Exhibit "C."**

17     Accordingly, ERC respectfully requests that upon the filing of this Notice of
18 Removal, the Justice Court Action be removed to, and proceed hereinafter, in this Court,
19 and that no further proceedings in this matter take place in the Justice Court.

20     RESPECTFULLY SUBMITTED this 22nd day of October, 2014.

21

22

23

24

25

26

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

By /s/ Sarah R. Anchors
   David E. Funkhouser III
   Sarah R. Anchors

Attorneys for Defendant
Enhanced Recovery Company, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2014, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and mailed a copy of the Notice of Electronic Filing to the following individual by U.S. Mail:

Cory Hankins
23930 N. 74th Place
Scottsdale, Arizona 85255
*Plaintiff pro per*

/s/ Valerie Corral