

# Maricopa County Justice Courts, Arizona

Desert Ridge Justice Court    18380 N. 40th St., #130, Phoenix, AZ 85032    602-372-7100

CASE NUMBER: CC2014-161485 SC

**Plaintiff(s) Name / Address / Phone**
Cory Hankins
23930 N 74th Place
Scottsdale, AZ 85255
( 801 ) 916 - 1272

**Defendant(s) Name / Address / Phone**
Enhanced Recovery Company LLC
P.O. Box 23870
Jacksonville, FL 32241
(800) 576-1521

The Statutory Agent / Corporate Officer to be served is: CT Corporation System 1200 South Pine Plantation, FL 33324

## SMALL CLAIMS COMPLAINT / SUMMONS / ANSWER

**WARNING: THERE ARE NO APPEALS IN SMALL CLAIMS CASES.** You do not have the right to appeal the decision of the Hearing Officer or the Justice of the Peace in Small claims (Division) Court. If you wish to preserve your right to appeal, you may have your case transferred to the Civil Division of the Justice Court pursuant to ARS 22-504, if you request such a transfer at least ten (10) judicial days prior to the day of the scheduled hearing.

### NOTICE AND SUMMONS

TO THE ABOVE-NAMED DEFENDANT(S): You are directed to answer this complaint within **TWENTY (20) DAYS** by filing a written ANSWER in the court named above. If you do not answer or defend, you run the risk of having a judgment entered against you for the amount of plaintiffs claim, plus court costs. A filing fee must be paid at the time your answer is filed.

Date: 9/17/14    Clerk: _____    (SEAL)

### PLAINTIFF'S CLAIM

This Justice Court has venue because ☐ The defendant resides in this precinct, ☒ The debt, or cause of action, or incident that resulted in this claim, occurred in this precinct at the following location: 23930 N 74th PL Scottsdale, AZ 85255  $3500  is the total amount owed me by defendant because:

Enhanced Recovery Company LLC Violated the Fair Credit Reporting Act (FRCA) Section 623 Failure to investigate accuracy of account & Failure to Respond to Plaintiff within 30 days. Zero Response has been provided. Willful Non-compliance of FRCA 617 & 616 Enhanced Recovery Company LLC, has failed to remove ALL negative information reporting to ALL credit Bureaus referring to this account.

Agent: CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

MARTY SARIM or Mark Thompson
8014 Bayberry Rd
Jacksonville, FL 32256

Date: Sept 17, 2014    Plaintiff: _____

### DEFENDANT'S ANSWER
*A filing fee must be paid at the time your answer is filed.*

I am answering on behalf of ☐ Myself ☐ Marital Community ☐ Other: _____    I do not owe the plaintiff because:

Date: _____    Defendant(s): _____

I CERTIFY that I delivered / mailed a copy of this SMALL CLAIMS COMPLAINT / SUMMONS / ANSWERS to the Plaintiff at the above address.
Date: 9-18-14    By: _____ Plaintiff    Defendant

SC 8150-300 R: 7/23/10



# Maricopa County Justice Courts, Arizona

Desert Ridge Justice Court  18380 North 40th Street Ste 130, Phoenix AZ  85032  602-372-7100

CASE NUMBER: CC2014161485 SC
ENHANCED RECOVERY COMPANY LLC

CORY HANKINS
23930 N 74TH PLACE
SCOTTSDALE, AZ 85255

Plaintiff(s)   Name / Address

Defendant(s)   Name / Address
SARAH R ANCHORS
QUARLES & BRADY LLP
TWO N CENTRAL AVENUE
PHOENIX AZ 85004-2391

Attorney for Plaintiff(s)   Name / Address

Attorney for Defendant(s)   Name / Address

## CORRECTIVE ACTION REQUIRED (SMALL CLAIMS)
For any of the boxes checked below you will be required to submit an amended filing.
Please return this form with the requested corrections.

### PROBLEM WITH SERVICE OF PROCESS

☐ Proof of service has not been filed.
  ☐ If service was made by a licensed process server, you must file the original affidavit of service with the court.
  ☐ If service was made by registered or certified mail you must file the return receipt (the green card) with the court.
☐ You must file an affidavit of service showing the manner and date of publication and stating why publication was necessary. A printed copy of the publication must be attached to affidavit per (ARCP. 4.1n).
☐ You did not serve by publication properly. You must inform the party where a copy can be obtained. You must reserve according to ARCP 4.1 n.
☐ You have not served this party: _____ Each named defendant must be served a copy of the complaint and summons. You must serve the named defendant(s) and file proof of service with the court.

### PROBLEM WITH THE APPLICATION FOR DEFAULT

☐ The defendant has responded. Default will not be entered. The court will give notice to all parties of the next hearing.
☐ You must file an Application and Affidavit of Default, mail or deliver a copy to defaulted party. After 10 judicial days from filing, you may file your default judgment.
☐ The Application and Affidavit of Default is premature. You must file and serve Application and Affidavit of Default 20 days after service of summons and complaint.
☐ The application for default includes the name of a party who has not been served. You may not proceed with default against a party who has not been served. See service requirements above.
☐ Provide proof of debt as claimed in your complaint.

### OTHER

☐ You have filed a pleading with an incorrect case number. Please correct and refile.
☒ The required court filing fee of $ 40.00 has not been paid. The court cannot file your pleading without the required fee.
☐ The motion you filed is not allowed in the small claims division. If you want the court to consider your motion you must file a Request and pay a fee to transfer to the civil division. The Request must be filed at least 10 judicial days prior to any scheduled hearings.
☐ You have filed a NOTICE OF APPEAL. There is no right to appeal in a small claims action.
☐ You have filed a Notice of Dismissal. The defendant has filed an Answer. A Notice of Stipulated (signed by both parties) Dismissal or motion to dismiss may filed.
☐ NOTICE TO GARNISHEE: A dated, signed and notarized Answer must be filed with the court. Failure to file a proper Answer may result in a default judgment against garnishee.
☒ Other: DEFENDANT PAID ONLY $25.00   $40.00 MORE IS DUE IF DEFENDANT WANTS TO PAY ANSWER FEE AND DEFENDANT TRANSFER SMALL CLAIMS TO CIVIL FEE.

Documents returned  ☐ Yes  ☒ No   Clerk: WJ   Date: 10/16/2014

SC 8150-311 R: 1/19/12



# Maricopa County Justice Courts, Arizona

**Desert Ridge Justice Court**   18380 N. 40th St., #130, Phoenix, AZ 85032   602-372-7100

| | |
|---|---|
| Cory Hankins | CASE NUMBER: CC2014-161485 SC |
| 23930 N. 74th Place Scottsdale, Arizona 85255 | Enhanced Recovery Company, LLC |
| ( 801 ) 916 - 1272 | ( ) - |
| Plaintiff(s) Name / Address / Phone | Defendant(s) Name / Address / Phone |
| | David E. Funkhouser, III (022449); Sarah R. Anchors (025344) |
| | Quarles & Brady LLP, Two N. Central Ave. |
| | Phoenix AZ 85004-2391 |
| ( ) - | ( 602 ) 229 - 5200 |
| Attorney for Plaintiff(s) Name / Address / Phone | Attorney for Defendant(s) Name / Address / Phone |

### REQUEST TO TRANSFER CASE DESIGNATED AS A SMALL CLAIM TO THE CIVIL DIVISION

I am the ☐ Plaintiff ☒ Defendant in this action.

☒ The hearing in this matter has not yet been set.

☐ There remains at least ten (10) judicial days before the scheduled hearing.

Pursuant to ARS 22-504A, I object to this matter being heard in the Small Claims Division and request that it be transferred to the Civil Division of the Justice Court, and be heard under the provisions for civil actions.

Date: Oct. 13, 2014      _____   Sarah R. Anchors, for Defendant
                         ☐ Plaintiff ☒ Defendant

### NOTICE OF TRANSFER TO THE CIVIL DIVISION AND NOTICE OF REQUIRED DISCLOSURE

☐ Defendant has requested that this case be transferred to the Civil Division.

☐ Defendant has obtained counsel.

☐ A counterclaim exceeding the jurisdiction of the Small Claims Division has been filed.

**THIS MATTER IS** transferred to the Civil Division of the Justice Court.
The parties are advised of the new case number assigned for all further filings and proceedings: _____

☐ The Small Claims Hearing scheduled for _____ has been vacated.

**YOU ARE REQUIRED** by JCRCP, Rule 121, to exchange a disclosure statement with the opposing party. The Disclosure Statement is required to be exchanged on or before 5:00 PM on _____

☐ A Disclosure Statement form is enclosed for the pro per litigant.

Date: _____  _____
                       Justice of the Peace

| I CERTIFY that I delivered / mailed a copy of this document to: |
|---|
| ☐ Plaintiff at the above address   ☐ Plaintiff's attorney   ☐ Defendant at the above address   ☐ Defendant's attorney |
| Date: _____  By _____ |
| Clerk |

SC 8150-303 R: 5/16/13



# Maricopa County Justice Courts, State of Arizona
## Desert Ridge Region
## Desert Ridge Justice Court
18380 N. 40th Street Suite #130
Phoenix, AZ   85032
(602) 372-7100
http://justicecourts.maricopa.gov

# RECEIPT
(Reprint)

| | |
|---|---|
| Transaction #: | 4739108 |
| Date: | Oct 13, 2014 at 2:10:17 PM |
| Cashier ID: | 16796 |

| Type | Case # | Party Name | Balance Due | Payer Name | Amount Paid |
|---|---|---|---|---|---|
| Check / 162423 | CC2014161485 | Enhanced Recovery C | $0.00 | QUARLES & BRADY LLP | 25.00 |
| | | | | | $25.00 |
| | | | | Amount Tendered: | 25.00 |
| | | | | Payment: | 25.00 |
| | | | | **Change Due:** | **$0.00** |



# Maricopa County Justice Courts, State of Arizona
## Desert Ridge Region
## Desert Ridge Justice Court
18380 N. 40th Street Suite #130
Phoenix, AZ   85032
(602) 372-7100
http://justicecourts.maricopa.gov

# RECEIPT
(Reprint)

Transaction #:  4750221
Date:           Oct 20, 2014 at 2:45:35 PM
Cashier ID:     16796

| Type | Case # | Party Name | Balance Due | Payer Name | Amount Paid |
|---|---|---|---|---|---|
| Check / 162470 | CC2014161485 | Enhanced Recovery C | $0.00 | QUARLES & BRADY LLP | 40.00 |
| | | | | | $40.00 |
| | | | | Amount Tendered: | 40.00 |
| | | | | Payment: | 40.00 |
| | | | | **Change Due:** | **$0.00** |